IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CALREECE WILLIAMS                                                                                    PLAINTIFF

v.                                          Civil No. 1:20-cv-1058

KBP INVESTMENTS, LLC
*d/b/a* KBP FOODS *d/b/a*
KENTUCKY FRIED CHICKEN;
JOHN DOES 1-3; and JOHN
DOE ENTITIES 1-3                                                                                    DEFENDANTS

## ORDER

Before the Court is Plaintiff and Defendant's Joint Stipulation of Dismissal With Prejudice. (ECF No. 9). An action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). "Caselaw concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval." *Gardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th Cir. 1984). The instant stipulation of dismissal is signed by Plaintiff and Defendant. Thus, Plaintiff's claims against Defendants were effectively dismissed when the parties filed the instant stipulation. However, this order issues for purposes of maintaining the docket. Accordingly, this case is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 18th day of October, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge